RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
ROBERT O'BRIEN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Robert_O'Brien@fd.org

Attorney for Albert Landaverde

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-mj-00935-BNW |
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE** |
| v. | (First Request) |
| ALBERT LANDAVERDE, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Rachel Kent, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Robert O'Brien, Assistant Federal Public Defender, counsel for Albert Landaverde, that the Status Conference currently scheduled on September 17, 2020, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

This Stipulation is entered into for the following reasons:

1. In order to allow Mr. Landaverde additional time to complete his requirements, he requests a continuance.

2. The government has agreed to extend the amount of time Mr. Landaverde has to complete his requirements.

3. Mr. Landaverde is not in custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the first request for a continuance of the status conference.

DATED this 16th day of September, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By */s/ Robert O'Brien*<br>ROBERT O'BRIEN<br>Assistant Federal Public Defender | By */s/ Rachel Kent*<br>RACHEL KENT<br>Assistant United States Attorney |

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ALBERT LANDAVERDE,<br><br>  Defendant. | Case No. 2:19-mj-00935-BNW<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the status conference currently scheduled for Thursday, September 17, 2020 at 1:30 p.m., be vacated and continued to 12/31/2020 at the hour of 1:30 PM.

DATED this 16th day of September, 2020.

_____
UNITED STATES MAGISTRATE JUDGE