RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ROBERT O'BRIEN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
Robert_O'Brien@fd.org

Attorney for Albert Landaverde

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-MJ-935-BNW |
| Plaintiff, | **STATUS REPORT AND STIPULATION TO CONTINUE STATUS CHECK** |
| v. | |
| ALBERT LANDAVERDE, | |
| Defendant. | |

The United States, by and through Special Assistant United States Attorney Rachel Kent, and Assistant Federal Public Defender Robert O'Brien, counsel for Albert Landaverde, hereby submit this joint status report and stipulation to continue the status check hearing current set for December 31, 2020 (ECF No. 21).

1. On February 19, 2020, Defendant Albert Landaverde pled guilty to the charge of Driving Under the Influence. ECF No. 14. The Court then sentenced Mr. Landaverde to a term of 12 months unsupervised probation with the following special conditions: (a) complete DUI School with Victim Impact Panel, (b) complete 84 hours of community service, (c) pay fines totaling $510.00, (d) have no adverse contact with law enforcement, (e) refrain from Lake Mead National Recreational Area for a period of 6 months. *Id.*;

2. As of December 30, 2020, Mr. Landaverde has not submitted proof of completion of these requirements to the Court; and

3. The parties seek additional time to address Mr. Landaverde's outstanding requirements before having a hearing before the Court.

Therefore, IT IS HEREBY STIPULATED AND AGREED, by and in response that the status check currently scheduled on December 31, 2020, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. To allow additional time for defense counsel to gather proof that Mr. Landaverde has completed his court-ordered requirements;

2. Mr. Landaverde is not currently in federal custody and does not oppose this continuance;

3. The parties jointly seek this continuance.

This is the second request for a continuance of the status check hearing.

December 30, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By *Robert O'Brien*<br>ROBERT O'BRIEN<br>Assistant Federal Public Defender | By *Rachel Kent*<br>RACHEL KENT<br>Special Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-MJ-935-BNW |
| Plaintiff, | |
| v. | **ORDER** |
| ALBERT LANDAVERDE, | |
| Defendant. | |

**IT IS ORDERED** that the status check hearing currently scheduled on December 31, 2020 be vacated and continued to March 11, 2021, at 1:30 PM in LV courtroom 3B.

DATED January 6, 2021.

_____
UNITED STATES MAGISTRATE JUDGE