RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JOANNE L. DIAMOND
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Joanne_Diamond@fd.org

Attorney for Albert Landaverde

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-MJ-00935-BNW |
| Plaintiff, | **STIPULATION TO AMEND** |
| v. | **SENTENCE TO TIME SERVED** |
| ALBERT LANDAVERDE, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Rachel Kent, Special Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joanne L. Diamond, Assistant Federal Public Defender, counsel for Albert Landaverde, that the sentence imposed on February 19, 2020, be amended to time served.

This Stipulation is entered into for the following reasons:

1. On February 19, 2020, Mr. Landaverde pled guilty to the charge of Driving Under the Influence. ECF No. 14. The Court then sentenced him to a term of 12 months unsupervised probation with the following special conditions: (a) complete DUI School with Victim Impact Panel, (b) complete 84 hours of community service, (c) pay fines totaling $510.00, (d) have no adverse contact with law enforcement, (e) refrain from Lake Mead National Recreational Area for a period of 6 months. *Id.*

2. As of October 15, 2020, Mr. Landaverde has been in jail in Los Angeles on a pending California state charge (Case No. KA125723-01). Mr. Landaverde's case was transferred to Mental Health Court. He has been found incompetent to stand trial and, on February 26, 2021, the presiding judge ordered Mr. Landaverde committed to the California Department of Mental Health for placement in the Department of State Hospitals with a maximum commitment date of February 26, 2023.

3. Based on his almost 5 months' incarceration in California, and pending mental health commitment, the parties request the Court amend the sentence imposed on February 19, 2020, to time served.

DATED: March 9, 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| By */s/ Joanne L. Diamond*<br>JOANNE L. DIAMOND<br>Assistant Federal Public Defender | By */s/ Rachel Kent*<br>RACHEL KENT<br>Special Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-MJ-00935-BNW |
| Plaintiff, | **ORDER** |
| v. | |
| ALBERT LANDAVERDE, | |
| Defendant. | |

Based on the pending Stipulation of counsel, IT IS ORDERED that the sentence imposed on February 19, 2020, is amended to time served.

DATED this 22nd day of March, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

3